UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHICO COLLINS                                    CIVIL ACTION

VERSUS                                           NO. 06-0843

UNITED STATES OF AMERICA                         SECTION R(5)

**ORDER**

The Court, having reviewed *de novo* the record, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE as frivolous and/or for failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 20th day of September, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE